THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR25-013-JNW |
| Plaintiff, | |
| v. | ORDER CONTINUING SENTENCING |
| TATENDA BANGA, | |
| Defendant. | |

THE COURT has considered Tatenda Banga's motion to continue sentencing and finds that such a continuance would serve the ends of justice, therefore,

IT IS ORDERED that the sentencing date in this matter be continued to August 14, 2025, at 9:30 a.m.

DONE this 18th day of April, 2025.

_____
JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Mukund Rathi*
Assistant Federal Public Defender
Attorney for Tatenda Banga

ORDER CONTINUING SENTENCING
(*United States v. Banga*, No. CR25-013-JNW) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100